Opinion issued July 31, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00414-CV

———————————

## IN RE BRANDON SOCIE AND ABRIL SOCIE, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On May 24, 2018, relators filed a petition for writ of mandamus requesting that the Court compel the district court to rule on their motion to compel deposition.[1] The Clerk of this Court subsequently notified relators that their petition was subject to dismissal as moot because the district court signed an order on May 25, 2018

---

[1] The underlying case is *Brandon Socie and Abril Socie v. Kirby Construction of Texas, L.L.C. d/b/a UBUILDIT*, cause number 2015-70244 in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall presiding.

granting relators' motion to compel deposition. Relators failed to respond. Accordingly, we dismiss the petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.